

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-16-2006

# In Re: Don Richards

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-5516

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: Don Richards " (2006). *2006 Decisions*. Paper 1099.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1099

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HPS-23                                                   NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-5516
_____

IN RE: DON RICHARDS
Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Virgin Islands
(Related to D.V.I. Civil No.  01-cv-00212 )
_____

Submitted Under Rule 21, Fed. R. App. Pro.
January 27, 2006

Before:  CHIEF JUDGE SCIRICA, WEIS and GARTH, CIRCUIT JUDGES.

Filed May 16, 2006
_____

OPINION
_____

PER CURIAM.

        Don Richards petitions for a writ of mandamus directing the District Court

of the Virgin Islands to rule on his pending 28 U.S.C. § 2255 motion to vacate or correct

his conviction.  As the District Court denied the § 2255 motion on April 26, 2006, we will

deny the instant petition as moot.